UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
IN RE:

MAN FONG LIU,

                                 Debtor.
--------------------------------------------------------X

Case No. 23-12066-jlg
Chapter 7

## ORDER REOPENING CHAPTER 7 CASE

A motion (the "Motion") having been made before this Court, by the above-captioned debtor, Man Fong Liu (the "Debtor"), by his attorneys, Shi and Associates, for entry of an Order authorizing the reopening of the above-captioned Chapter 7 case (the "Case"), pursuant to 11 U.S.C. § 350 (b) and Fed. R. Bankr. Proc. 5010, and it is appearing from the facts and arguments set forth in the Motion that good cause appears for the granting of the relief requested therein, and no further notice of the within being required, it is

**ORDERED**, that the Case be, and it hereby is, reopened for the sole purpose to amend the Schedules A/B to reflect that certain claim which was not previously administered in the Case prior to his discharge and the closing of the Case.

Dated: New York, New York
       December 9, 2025

                                                       /s/ *James L. Garrity, Jr.*
                                      HONORABLE JAMES L. GARRITY, JR.
                                      UNITED STATES BANKRUPTCY JUDGE